UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         CRIMINAL NO. 3:95MJ00086(DFM)

    v.

                                            November 13, 2019

ROBERT MASSUH

## **GOVERNMENT'S MOTION TO DISMISS UFAP COMPLAINT**

The United States moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the complaint that charges the defendant with Unlawful Flight to Avoid Prosecution in violation of 18 U.S.C. §1073.

                    Respectfully submitted,
                    JOHN H. DURHAM
                    UNITED STATES ATTORNEY

                    */S/ Susan Wines*
                    SUSAN L. WINES
                    ASSISTANT U.S. ATTORNEY
                    Federal Bar No. phv2379
                    157 Church Street, 25th Floor
                    New Haven, CT  06510
                    Tel.:  (203) 821-3700